UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| QBE INSURANCE CORP., *Plaintiff,* v. ACE INSURANCE CO., TNT EQUIPMENT SALES & RENTALS, INC., BEAVER CONSTRUCTION, ACE FIRE UNDERWRITERS INSURANCE COMPANY, THE NEW JERSEY DEPARTMENT OF TRANSPORTATION, NEW JERSEY TRANSIT, NEW JERSEY TRANSIT RAIL OPERATIONS, INC., ABC COMPANIES 1-10, and JOHN DOES 1-10 *Defendants.* | Civil Action No. 09-4691 (KSH) **ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

This matter having come before the Court by way of Magistrate Judge Michael A. Shipp's Report and Recommendation [D.E. 46] that the Court abstain from exercising jurisdiction over this declaratory action and remand this matter to the Superior Court of New Jersey, Law Division in Essex County; and the parties having had 14 days to object to the Report and Recommendation pursuant to L. Civ. R. 72.1(c)(2); and none of the parties having filed an objection; and good cause appearing,

IT IS on this 10th day of August, 2011,

**ORDERED** that the Report and Recommendation [D.E. 46] is **accepted**, and it is further

**ORDERED** that, for the reasons stated in the Report and Recommendation, this matter is remanded to the Superior Court of New Jersey, Law Division in Essex County.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.